## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CR 18-173-GW |
| Date | November 21, 2019 |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

Interpreter: None

| Javier Gonzalez | Terri A. Hourigan | Shawn J. Nelson |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2. Luis Vega | ✔ | ✔ | | Mark Windsor, CJA | ✔ | ✔ | |

**Proceedings:**   **STATUS CONFERENCE RE CHANGE OF PLEA**

Court and counsel confer. For reasons stated on the record, the change of plea hearing is continued to January 6, 2020 at 8:00 a.m.

The Court refers the Defendant to the Probation Office for a presentence report limited to Defendant's criminal history calculation including the application of the career offender advisory guidelines.

                                                                                        :   06

Initials of Deputy Clerk   JG

**cc: US PROBATION**