sincerly

3/5/2020

Dear Judges Christina Snyder and George Wu,
My name is Valerie Jaylene Vega. I am 8 years old. I want to give you guys this letter because I really want my dad to come home and I am going to tell you reasons why I want him to come home. I have wanted my dad to come home for so many years. My dad is the best. For my first rearson, I need my dad. My second, I want to do something fun with him. We can go to rides, movies, and go visit family. I would be so happy if I saw my dad at home with me. But I feel sad when I don't see him. I am happy when I got visit him because I get to see and talk to him. I miss my dad so much. My mom is always working, so she feels a lot of stress and she needs help to take care of me, my sister, and brothers. And when it's my dad's birthday I would love to celebrate it with, but I can't because hes not home with me. I know I said I miss him but thats not all. I love my dad too. My dad means so much to me. Also I am Luis Vega's daughter.

Sincerely Valerie Jaylene Vega

03/05/20

Dear Judges Christina Snyder and George Wu my name is Brandon Portillo one of the big brothers of Valerie Vega. Even tho I don't know Luis as much he was always good to me and my family when he didn't have to be, he didn't have to take us out the ghetto and bring us into a better environment a better life but he did and I'm thankful for that. I'm thankful to know a man who was as good as he was to me and my family. If you didn't know Valerie Vega is the daughter of Luis. You see when I was growing up in L.A California I didn't know what a good man or a good father was. I didn't have somebody to tell me right from wrong, my mom was always working. I remember when I was little getting those perfect attendance rewards looking out to the crowd hoping my Dad was going to be there but he just wasn't there. It was horrible, yeah I had a father one that I really didn't know when I was little, and I made more than a couple bad decisions in my life. Simply because I have no one to tell me right from wrong. I didn't have a role model, I didn't have a mentor, I just kinda did my own thing and went down the wrong path. Like I said I made more than a couple bad decisions in my life and I don't want that for my little sister Valerie Vega. I want her to have good memories with her dad. Someone to be there for her when she needs and misses her dad. I hate it when I see her think about it cause I know how it feels. Theres only so much I can do, she needs her dad in her life just like I needed mine. That's why I'd like you to give him a chance. Thank you for your time and have a wonderful day.

Sincerely, Brandon Portillo